UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

_____

FLIGHT OPTIONS, LLC and
FLEXJET, LLC,

    Plaintiffs and Counter-Defendants,

v.                                             No. 1:16-CV-00732

INTERNATIONAL BROTHERHOOD OF        O R D E R
TEAMSTERS, LOCAL 1108; INTERNATIONAL    [Regarding Doc. 47]
BROTHERHOOD OF TEAMSTERS; and
BROTHERHOOD OF
TEAMSTERS, AIRLINE DIVISION,

    Defendants and Counter-Plaintiffs.
_____

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    The Court orders Counter-Plaintiffs Pilots Union and Counter-Defendants Carriers to file supplementary briefing regarding Pilots Union's pending motion for contempt and further preliminary injunctive relief. Briefs should:

(1) Identify all issues that the parties have failed to negotiate;[1]

(2) State the responding party's position regarding whether each issue is necessary to facilitate post-merger pilot integration under Collective Bargaining Agreement § 1.5(c)(4), or is a broader issue falling under Section 6 of the Railway Labor Act, 45 U.S.C. § 156;

(3) Identify whether each issue is a minor dispute or major dispute under the RLA for jurisdictional purposes.[2]

Briefs should be no more than five (5) pages and are due within three (3) days of this Order.

    IT IS SO ORDERED.

Dated: December 20, 2016                    *s/     James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[1] For example, the parties appear to disagree over whether pilots are entitled to raises or different retirement benefits. Doc. 55 at 5-6. The parties should list each particular issue that has not been resolved through negotiation.
[2] *Elgin, J. & E. Ry. Co. v. Burley,* 325 U.S. 711, 722 (1945).